No. 863. Allison Manchester, Plaintiff in Error, *v.* The Board of Water Commissioners of the City of Hartford;

No. 864. Allison Manchester et al., Plaintiffs in Error, *v.* The Board of Water Commissioners of the City of Hartford; and

No. 865. Emma Manchester et al., Plaintiffs in Error, *v.* The Board of Water Commissioners of the

CITY OF HARTFORD. In error to the Supreme Court of Errors of the State of Connecticut. Argued April 12, 1916. Decided April 17, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *Fallbrook Irrigation District* v. *Bradley,* 164 U. S. 112, 160; *Clark* v. *Nash,* 198 U. S. 361, 367–369; *Hairston* v. *Danville & Western Ry.,* 208 U. S. 598; *Union Lime Co.* v. *Chicago & N. W. Ry.,* 233 U. S. 211, 218–219; *O'Neill* v. *Leamer,* 239 U. S. 244, 253; *Mount Vernon Cotton Co.* v. *Alabama Power Co.,* 240 U. S. 30, 32. *Mr. Edward H. Rogers, Mr. Birdsey E. Case* and *Mr. Edward D. Robbins* for the plaintiffs in error. *Mr. Edward M. Day* and *Mr. Alvan Waldo Hyde* for the defendants in error.